Dismissed and Opinion filed August 1, 2002









Dismissed and Opinion filed August 1, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00511-CV

____________

 

JAMES McGUIRE,
Appellant

 

V.

 

FEDERAL HOME LOAN MORTGAGE
CORPORATION, Appellee

 



 

On Appeal from the County Civil Court at Law No.
One

Harris
County, Texas

Trial
Court Cause No. 770,217

 



 

M E M O R A N D U M   O
P I N I O N

This is an appeal from a judgment signed May 6, 2002.  The notice of appeal was filed on May 18,
2002.  To date, the filing fee of $125.00
has not been paid.  No proper affidavit
of indigence was filed with or before the notice of appeal.  See Tex.
R. App. P. 20.1.  Therefore, on
July 11, 2002, the Court issued an order stating that unless appellant paid the
appellate filing fee of $125.00 within fifteen days of the date of the order,
the appeal would be dismissed.  

The filing fee has not been paid, and appellant has not
responded to the Court=s order of July 11, 2002.








Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c).  

 

PER CURIAM

 

 

Judgment rendered and Opinion
filed August 1, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).